AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00199 |
| David Scott Stapp | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 8/8/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Scott Stapp,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/08/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.08 10:51:45 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/14/23, and the person was arrested on *(date)* 8/14/23
at *(city and state)* Medina, OH.

Date: 8/14/23

*Arresting officer's signature*

SSRA Douglas E. Porrini
*Printed name and title*